WINCEK.— Motion to dismiss appeal granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ALFRED SIMON v. DARMSTADTER UND NATIONALBANK KOMMANDITGESELLSCHAFT AUF ATKIEN.— Motion to dismiss appeal denied, with leave to renew if appeal be not perfected and all papers served and filed on or before January 1, 1930. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

WILLIAM HECHT v. PROGRESS COUNTRY CLUB, INC.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

PACKARD MOTOR CAR COMPANY OF NEW YORK v. FERDINAND HAENLEIN, Impleaded with PHILIP BERGER.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

J. & H. GOODWIN, LTD., v. CARL I. DINGFELDER and BEN BALISH, Doing Business, etc.— Motion for reargument or for leave to appeal denied, with ten dollars costs. Motion for a stay granted pending the granting or final refusal of leave to appeal by the Court of Appeals, upon appellants filing the undertaking required by section 593 of the Civil Practice Act. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

FREDERICK W. HUBER, INC., v. ROBERT D. DOUGLASS and Others.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

BENJAMIN BLOCK and Others v. THE PENNSYLVANIA EXCHANGE BANK.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

FANNIE KRAUSS v. MARIE M. WOLF.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

FANNIE KRAUSS v. MARIE M. WOLF.— Motion granted upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

LANGPORT TILE COMPANY, INC., v. THE KENILWORTH TILE COMPANY.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

COURTLANDT REALTY CORPORATION v. SURFACE TRANSPORTATION CORPORATION.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MARGARET N. TAYLOR, as Executrix, etc., of WILLIAM J. TAYLOR v. GUARANTY TRUST COMPANY OF NEW YORK and Others.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

LEONARD DAY v. ELECTRIC SPRAYIT COMPANY.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JOSEPH FRANKENBERGER v. ALEXANDER SCHNELLER and BETTY STENGER SCHNELLER, Executor and Executrix, etc., of BERNHARD SCHNELLER, Deceased. — Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JERRY J. VOGEL v. THE JOHN FRANKLIN MUSIC COMPANY and Another.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HENRY M. FLATEAU, as Trustee, etc., v. MORRIS RICHMAN and Others and